UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No.   3:04-cr-113-J-20HTS

JASON JAMAAL JACKSON

___

ORDER

This cause is before the Court on the "Defendant's [*pro se*] Motion for Re-Sentencing and/or Sentence Reduction under 18 USC § 3582(c)(2)" (Doc. 49), filed on May 22, 2008. On June 18, 2008, the United States Probation Office filed a supplemental memorandum to the Defendant's Presentence Investigation Report advising the Court that the Defendant is ineligible for a reduction of sentence under the retroactive crack cocaine amendment because he was sentenced pursuant to the career offender provisions of the sentencing guidelines. On August 6, 2008, the United States filed a response (Doc. 53), supporting the position of the United States Probation Office that the Defendant is ineligible for a sentence reduction.

The Defendant's Response Regarding Sentence Reduction (Doc. 54) was filed on August 15, 2008. A "Supplement to Defendant's Previously-Filed Response ..." (Doc. 58), was filed on October 6, 2008. Counsel for the Defendant advises the Court that pursuant to United States v. Moore, 541 F.3d 1323 (11th Cir. 2008), as a general rule persons who are sentenced as career offenders are ineligible for reductions of sentence, with a limited exception. The Defendant was sentenced

as a career offender and counsel for Defendant advises that the exception set forth in that case does not explicitly apply.

On November 7, 2008, counsel for the Government in United States v. Michael Lamar Perry, Case No. 3:98-cr-23-J-20C, filed a Notice (Doc. 204) advising the Court that the Eleventh Circuit has denied the petition for rehearing en banc in Moore.

The Court finds that pursuant to Moore and the United States Sentencing Guidelines the Defendant is ineligible for a reduction of sentence because he was sentenced as a career offender, and no other factual or legal basis exists to support a reduction of sentence. Upon review of the matter, it is

**ORDERED AND ADJUDGED**:

1. That the stay in this case is lifted; and

2. That the "Defendant's [pro se] Motion for Re-Sentencing and/or Sentence Reduction under 18 USC § 3582(c)(2)" (Doc. 49) is denied.

**DONE AND ORDERED** this ___3rd___ day of December 2008.

*Howell W. Melton*
Senior United States District Judge

Copies:

    Counsel of Record
    Defendant